# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KYLE D. WALLS, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 07-3561 (FSH) |
| | : | |
| v. | : | ORDER |
| | : | |
| LEXISNEXIS DOCUMENT SOLUTIONS, INC., etc., et al., | : | September 11, 2008 |
| | : | |
| Defendants. | : | |

This matter having come before the Court upon Defendants' Motion for Sanctions; and the Court finding that a stay of this motion would be appropriate until the conclusion of the case as fact finding might become necessary to resolve this motion; and for good cause having been shown,

IT IS on this 11th day of September, 2008,

ORDERED that Defendants' Motion for Sanction is hereby **stayed** until the resolution of this case; and it is further

ORDERED that Defendants must refile the instant motion, should they so desire, within 14 days of the resolution of this case.

    /s/ Faith S. Hochberg
**HON. FAITH S. HOCHBERG, U.S.D.J.**